# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HENRY A. JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 04-3150-CV-S-DW-H |
| | ) |
| SCHULTZ, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation (1) denying Petitioner's request to proceed *in forma pauperis* and (2) dismissing the petition for writ of habeas corpus. (Doc. 14.) Petitioner has filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and hereby denies Petitioner's request to proceed *in forma pauperis* and further dismisses the petition for habeas relief without prejudice. This case is terminated.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: September 12, 2005